UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSH HENDERSON,

    Plaintiff,

v.

PHOENIX FINANCIAL SERVICES, LLC, et al.,

    Defendants.

CASE NO. 3:21-CV-5123-JCC-DWC

ORDER GRANTING MOTION TO WITHDRAW MOTION TO STRIKE

On March 2, 2021, Plaintiff Josh Henderson filed a Motion to Strike/Dismiss Affirmative Defense (Bona Fide Error Defense) Pursuant to Fed. R. Civ. P. 8; 12(b)(6); 12(c); and 12(f) ("Motion to Strike"). Dkt. 20. Plaintiff now moves to withdraw the Motion to Strike because the Motion to Strike became moot when Defendant Phoenix Financial Services filed its Amended Answer. Dkt. 28.

After considering the record, Plaintiff's Motion to Withdraw (Dkt. 28) is granted. The Clerk is directed strike the Motion to Strike (Dkt. 20) from the docket.

Dated this 19th day of March, 2021.

David W. Christel
United States Magistrate Judge

ORDER GRANTING MOTION TO WITHDRAW MOTION TO STRIKE - 1