The Hon. David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSH HENDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHOENIX FINANCIAL SERVICES, LLC, a Foreign Limited Liability Company, PENDRICK CAPITAL PARTNERS HOLDINGS, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, TRANS UNION LLC, a Delaware Limited Liability Company, and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company,<br><br>　　　　Defendants. | NO. 3:21-cv-05123-DWC<br><br>**ORDER GRANTING DEFENDANT PHOENIX FINANCIAL SERVICES, LLC'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |

THIS MATTER having come before the Court on the motion of Defendant Phoenix Financial Services, LLC, to permit Stephen G. Skinner of Andrews Skinner, 3412 NW 72nd St, Seattle, WA 98117 to withdraw as counsel for Defendant, and Ryan W. Vollans of Williams, Kastner & Gibbs, PLLC, 601 Union Street, Suite 4100, Seattle, Washington 98101-2380, to substitute in as counsel for Defendant.

Having considered Defendant's motion, the Court finding good cause, now, therefore, hereby

ORDER GRANTING DEFENDANT'S PHOENIX FINANCIAL
SERVICES, LLC'S MOTION TO WITHDRAW AND SUBSTITUTE
COUNSEL- 1
(C06-697 RSL)

7346115.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1  ORDERS that effective immediately, Stephen G. Skinner of Andrews Skinner, 3412
2  NW 72nd St, Seattle, WA 98117, may withdraw, and Ryan W. Vollans of Williams, Kastner &
3  Gibbs, PLLC, 601 Union Street, Suite 4100, Seattle, Washington 98101-2380, may substitute
4  in as counsel for Defendant Phoenix Financial Services, LLC.

   The Clerk of the Court is directed to forward copies of this Order to counsel of record.

   DATED this 19th day of March, 2021.

*[signature]*

David W. Christel
United States Magistrate Judge

PRESENTED BY:

| WILLIAMS, KASTNER & GIBBS PLLC | ANDREWS SKINNER |
|---|---|
| */s/Ryan W. Vollans* | */s/Stephen G. Skinner* |
| Ryan W. Vollans, WSBA #45302 | Stephen G Skinner, WSBA 17317 |
| | 3412 NW 72ND ST |
| 601 Union Street, Suite 4100 | SEATTLE, WA 98117 |
| Seattle, WA 98101-2380 | Phone: 206-223-9248 |
| Phone: 206.628.6600 | Email: stephen.skinner@andrews-skinner.com |
| Fax:    206.628.6611 | |
| Email:   rvollans@williamskastner.com | |
| *Substituting of Counsel for Defendant Phoenix Financial Services, LLC* | *Withdrawing of Counsel for Defendant Phoenix Financial Services, LLC* |

ORDER GRANTING DEFENDANT'S PHOENIX FINANCIAL SERVICES, LLC'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL- 2
(C06-697 RSL)

7346115.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

1  COPY RECEIVED; APPROVED AS TO FORM; NOTICE OF PRESENTATION
2  WAIVED:

3  s/
   Victoria L. Vreeland, WSBA #08046
4  Donald S. Cohen, WSBA #12480
   Gordon, Thomas, Honeywell, Malanca,
5     Peterson & Daheim LLP
   600 University, Suite 2100
6  Seattle, WA  98101
   Telephone:   (206) 676-7528
7  Fax:         (206) 676-7575
   Email:       vvreeland@gth-law.com
8               dcohen@gth-law.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING DEFENDANT'S PHOENIX FINANCIAL SERVICES, LLC'S MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL- 3
(C06-697 RSL)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

7346115.1