UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSH HENDERSON,

        Plaintiff,

v.

PHOENIX FINANCIAL SERVICES, LLC, et al.,

        Defendants.

CASE NO. 3:21-CV-5123-JCC-DWC

REPORT AND RECOMMENDATION

Noting Date: May 7, 2021

    The District Court referred this action to United States Magistrate Judge David W. Christel. Dkt. 25. Presently before the Court are Plaintiff's Notice of Dismissal of Defendant Pendrick Capital Partners Holdings, LLC Pursuant to FRCP 41 and Motion to and Agreed Order Dismissing Defendant Phoenix Financial Services, LLC Pursuant to FRCP 41. Dkt. 32, 35. After review of the record, the undersigned recommends Defendants Pendrick Capital Partners Holdings, LLC and Phoenix Financial Services, LLC be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

## I. Discussion

Federal Rule of Civil Procedure 41 sets forth the circumstances under which an action may be dismissed. Under Rule 41(a)(1), an action may be voluntarily dismissed without prejudice by the plaintiff if the plaintiff files a notice of dismissal before the defendant files an answer or summary judgment motion and the plaintiff has not previously dismissed an action "based on or including the same claim." Fed.R.Civ.P. 41(a)(1); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Once the defendant has responded to the complaint, the action may only be dismissed by stipulation of dismissal signed by all parties who have appeared or "by court order, on terms that the court considers proper." Fed.R.Civ.P. 41(a)(1), (2).

Here, Defendant Pendrick Capital has not filed an answer or summary judgment motion. Thus, Plaintiff may voluntarily dismiss Defendant Pendrick Capital. Plaintiff and Defendant Phoenix Financial have filed a stipulation of dismissal. *See* Dkt. 35. Therefore, Defendant Phoenix Financial may be dismissed from this action. Accordingly, the Court finds the Notice of Dismissal (Dkt. 32) and Motion to Dismiss (Dkt. 35) should be granted pursuant to Rule 41(a).

## II. Conclusion

For the foregoing reasons, the Court recommends the Notice of Dismissal (Dkt. 32) and Motion to Dismiss (Dkt. 35) be granted and Defendants Pendrick Capital Partners Holding, LLC and Phoenix Financial Services, LLC be dismissed with prejudice and without an award of costs or fees.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

1  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on May
2  7, 2021, as noted in the caption.
3      Dated this 22nd day of April, 2021.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge