UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSH HENDERSON,<br><br>               Plaintiff,<br>   v.<br><br>PHOENIX FINANCIAL SERVICES, LLC, *et al.*,<br><br>               Defendants. | CASE NO. C21-5123-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of the Honorable Judge David W. Christel, United States Magistrate Judge, and there being no objections, and the remaining record, does hereby FIND and ORDER that:

(1)     The Court adopts the Report and Recommendation.

(2)     The Notice of Dismissal (Dkt. No. 32) and Motion to Dismiss (Dkt. No. 35) are granted and Defendants Pendrick Capital Partners Holding, LLC and Phoenix Financial Services, LLC are DISMISSED with prejudice and without an award of costs or fees.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

//

//

//

DATED this 7th day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-5123-JCC
PAGE - 2