THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSH HENDERSON, | CASE NO. C21-5123-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PHOENIX FINANCIAL SERVICES, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Josh Henderson and Defendant Trans Union, LLC's stipulation of dismissal of claims solely against Trans Union (Dkt. No. 39). The motion is GRANTED. It is hereby ORDERED that all claims against Defendant Trans Union, LLC be DISMISSED with prejudice with each party to bear its own costs. This dismissal shall have no effect on Plaintiff's claims against the remaining defendants in this matter.

DATED this 6th day of July 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C21-5123-JCC
PAGE - 1