THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN HENDERSON, | CASE NO. C21-5123-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PHOENIX FINANCIAL SERVICES, *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to dismiss (Dkt. No. 43). The parties seek an order dismissing all claims against the remaining defendants. (*Id.* at 2.) Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, the stipulation is signed by Plaintiff and Defendant Experian Information Solutions, Inc. (*Id.* at 2.) While Defendant Equifax Information Services LLC has appeared, it did not sign the stipulation and has not filed an answer in this case or moved for summary judgment. But the parties already notified the Court of a settlement with this defendant. (*See* Dkt. No. 31.) Therefore, dismissal of this defendant is appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1  Accordingly, all claims against the remaining defendants in this case are DISMISSED
2 with prejudice and without costs to any party, with each party to bear its own attorney fees and
3 other litigation expenses. The Clerk is DIRECTED to close this case.
4  DATED this 28th day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk